# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

DAVID L. WILLIAMS, SR.                                    CIVIL ACTION

VERSUS

WEST BATON ROUGE DISTRICT ATTORNEY                NO. 16-0274-SDD-EWD
OFFICE, ET AL.

## O R D E R

Before the Court is Plaintiff's response (R. Doc. 14) to the Court's Order of November 29, 2016 (R. Doc. 12), directing him to appear and show cause, in writing, why this proceeding should not be dismissed because of his failure to pay the initial partial filing fee ordered by the Court.   In his response, Plaintiff states that he never received the Court's initial Order in this case (R. Doc. 7), which granted him *in forma pauperis* status and directed him to pay, within 21 days, an initial partial filing fee in the amount of $9.24.   In addition, Plaintiff notes that there may have been confusion resulting from the issuance of a similar Order in an unrelated case filed by him before this Court that set an initial partial filing fee in the same amount.   *See David Williams v. The Advocate, et al.*, Civil Action No. 16-0483-JJB-RLB. Notwithstanding, Plaintiff apologizes for any misunderstanding or confusion that may have resulted and states that the required payment was being forwarded to the Court on December 5, 2016.   *See* R. Doc. 14 at p. 1.   The Court, however, has not received the referenced payment.   Accordingly,

**IT IS ORDERED** that Plaintiff is hereby granted an extension of time of fourteen (14) days within which to pay the initial partial filing fee ordered by the Court in the amount of $9.24.   Plaintiff is advised that a failure to make the required payment within the time allowed may result in the dismissal of this proceeding without further notice from the Court.

Signed in Baton Rouge, Louisiana, on January 25, 2018.


**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**