# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

DAVID L. WILLIAMS, SR., ET AL.

CIVIL ACTION

VERSUS

16-274-SDD-EWD

WEST BATON ROUGE DISTRICT
ATTORNEY OFFICE, ET AL.

## RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated April 12, 2019, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Defendants' *Motions to Dismiss*[4] are GRANTED and this case is hereby DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** Plaintiff's *Motions*[5] are hereby DENIED AS MOOT.

Baton Rouge, Louisiana the 30 day of April, 2019.

*Shelly D Dick*
SHELLY D. DICK, CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 36
[3] Rec. Doc. 37.
[4] Rec. Docs. 28 and 29.
[5] Rec. Docs. 33 and 35.